# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JMK5 TEXAS CITY, LLC<br>AND JMK5 SHREVEPORT, LLC | * <br> * <br> * | CIVIL ACTION <br><br> NO.: 5:22-cv-1041 |
| VS. | * <br> * | |
| AMRISC, LLC | * <br> * <br> * <br> * <br> * | JUDGE <br><br><br> MAG. JUDGE |

## MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Defendants, Certain Underwriters at Lloyd's, London, severally subscribing to Certificate No. AMR-63101-02, Indian Harbor Insurance Company, Lexington Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, United Specialty Insurance Company, General Security Indemnity Company of Arizona, HDI Global Specialty SE, Old Republic Union Insurance, and Safety Specialty Insurance Company, severally subscribing to Insurance Policy/Account No. 725688, respectfully seek an Order from this Honorable Court staying this litigation pursuant to 9 U.S.C. §§ 3 and 208, and compelling Plaintiffs, JMK5 Texas City, LLC and JMK5 Shreveport, LLC, to arbitrate all claims in this litigation pursuant to 9 U.S.C. § 206.

As set forth in the accompanying Memorandum in Support, Plaintiffs' claims are subject to arbitration pursuant to the Insurance Policy's Arbitration Clause, which falls under the

Convention on the Recognition and Enforcement of Foreign Arbitral Awards and 9 U.S.C. §§ 201 et seq.

Wherefore, Defendants pray that this Court issue an Order compelling arbitration and staying these proceedings.

Respectfully submitted,

**ADAMS HOEFER HOLWADEL, LLC**


 */s/ Phillip J. Rew*
**BRUCE R. HOEFER, JR. (#6889)**
**Email: brh@ahhelaw.com**
**D. RUSSELL HOLWADEL (#16975) T.A.**
**Email: drh@ahhelaw.com**
**PHILLIP J. REW (#25843)**
**Email: pjr@ahhelaw.com**
**HEATHER E. REZNIK (#29175)**
**Email: her@ahhelaw.com**
**KYLE M. TRUXILLO (#38920)**
**Email: kmt@ahhelaw.com**
**RICHARD R. STEDMAN, II (#29435)**
**Email: rrs@ahhelaw.com**
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 581-2606
Facsimile: (504) 525-1488
*Attorneys for Certain Underwriters at Lloyd's, London, severally subscribing to Certificate No. AMR-63101-02, Indian Harbor Insurance Company, Lexington Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, United Specialty Insurance Company, General Security Indemnity Company of Arizona, HDI Global Specialty SE, Old Republic Union Insurance, and Safety Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first-class postage prepaid on this 20th day of April 2022.

                                          */s/ Phillip J. Rew*
                                          PHILLIP J. REW