UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| JMK5 TEXAS CITY LLC, ET AL | : | NO.: 5:22-CV-01041-EEF-MLH |
| VERSUS | : | CHIEF JUDGE S. MAURICE HICKS, JR. |
| AMRISC LLC, ET AL | : | MAGISTRATE JUDGE MARK L. HORNSBY |

## NOTICE OF VOLUNTARY DISMISSAL OF AMRISC, LLC

COMES NOW Plaintiffs, JMK5 Texas City, LLC and JMK5 Shreveport, LLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, give notice of the voluntary dismissal without prejudice of defendant, AmRisc, LLC, there having been no Answer or Motion for Summary Judgment filed.

        **CASTEN & PEARCE, APLC**

    BY: /s/*Theodore J. Casten*
       Theodore J. Casten (#16851)
       Patrick T. Wiggins (#36727)
       401 Edwards Street, Suite 2100 (71101)
       Post Office Box 1180
       Shreveport, Louisiana 71163-1180
       T: (318) 221-3444
       F: (318) 221-8811
       E: tcasten@castenandpearce.com
        pwiggins@castenandpearce.com

    **Attorneys for Plaintiffs, JMK5 TEXAS CITY, LLC and JMK5 SHREVEPORT, LLC**

# CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing Notice of Voluntary Dismissal of AmRisc, LLC was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

Shreveport, Louisiana, this 18th day of October, 2022.


*/s/Theodore J. Casten*
Theodore J. Casten